# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

| | |
|---|---|
| JACQUELYN HOWARD, on behalf of DARRIUS HOWARD, <br><br> Petitioner, <br><br> v. <br><br> ALABAMA DEPARTMENT OF MENTAL HEALTH, <br><br> Respondent. | ) ) ) ) ) ) Case No. 7:19-cv-01860-AMM-SGC ) ) ) ) ) ) |

## MEMORANDUM OPINION

The magistrate judge entered a report on January 6, 2021, recommending the petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2241 by Jacquelyn Howard on behalf of Darrius Howard be dismissed without prejudice. Doc. 11. The magistrate judge advised the parties of their right to file specific written objections within fourteen days from the entry date of the report. *Id*. No objections have been received by the court within the time prescribed.

After careful consideration of the record in this case and the magistrate judge's report, the court **ADOPTS** the report of the magistrate judge and **ACCEPTS** her recommendation. In accordance with the recommendation, the court finds the petition for a writ of habeas corpus is due to be dismissed without prejudice.

A separate order will be entered.

**DONE** and **ORDERED** this 29th day of January, 2021.

_____
**ANNA M. MANASCO**
UNITED STATES DISTRICT JUDGE